IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BENEFICIENT and BRAD HEPPNER, | ) ) ) |
| Plaintiffs, | ) ) ) Civil No. 24-CV-00270 |
| v. | ) ) |
| DOW JONES & COMPANY, INC., | ) ) |
| Defendant. | ) ) |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Beneficient and Brad Heppner and their counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Dow Jones & Company, Inc. Defendant has not filed an Answer or a Motion for Summary Judgment in the above-captioned action. Plaintiff has not previously filed any Notice seeking this relief.

For the sake of clarity, pursuant to Plaintiffs' July 26, 2024 Motion for Leave to File an Amended Complaint in related litigation (*see* Case No. 23-CV-00376 [Dkt. 40]) and this Court's Order granting same (*see* Case No. 23-CV-00376 [Dkt. 52]), Plaintiffs are dismissing the above-captioned litigation to pursue identical claims against Defendant that they have asserted in their Amended Complaint in that related action.

Dated: August 30, 2024

*/s/ Andrew W. Stinson*
Andrew W. Stinson
State Bar No. 24028013
RAMEY & FLOCK, PC
100 E. Ferguson Street, Suite 500
Tyler, TX 75702

903-597-3301
andys@rameyflock.com

Thomas A. Clare, P.C. (*pro hac vice*)
David Sillers (*pro hac vice*)
Steven J. Harrison (*pro hac vice*)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
202-628-7400
tom@clarelocke.com
david@clarelocke.com
steven@clarelocke.com

*Attorneys for Plaintiffs Beneficient and Brad Heppner*

**Certificate of Service**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via CM/ECF on August 30, 2024.

*/s/ Andrew W. Stinson*
Andrew W. Stinson