IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BENEFICIENT and BRAD HEPPNER,<br><br>    Plaintiff,<br><br>v.<br><br>DOW JONES & CO., INC.,<br><br>    Defendant. | Case No. 6:24-cv-270-JDK |

## ORDER OF DISMISSAL

Before the Court is Plaintiffs Beneficient and Brad Heppner's notice of voluntary dismissal without prejudice. Docket No. 2. Pursuant to Plaintiffs' notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i), all pending claims in this case are **DISMISSED** without prejudice.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **31st** day of **August, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE